FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 2 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:

1  J. Stephen Peek, Esq., NV Bar # 1758
   J. Robert Smith, NV Bar #10992
2  HOLLAND & HART LLP
   5441 Kietzke Lane
3  Second Floor
   Reno, NV 89511
4  P: (775) 327-3000 / Fax: (775) 786-6179
   speek@hollandhart.com
5  jrsmith@hollandhart.com

6  *Attorneys for Plaintiff Ruby Pipeline, LLC*

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RUBY PIPELINE, L.L.C., a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>0.768 ACRES OF REAL PROPERTY IN ELKO COUNTY, NEVADA; THE ESTATE OF VELDA HANVILLE; ELKO COUNTY, NEVADA; 0.498 ACRES OF REAL PROPERTY IN HUMBOLDT COUNTY, NEVADA; RICHARD C. HARRIS, an individual; JANE M. HARRIS, an individual; 2.673 ACRES OF REAL PROPERTY IN HUMBOLDT COUNTY, NEVADA; 0.335 ACRES OF REAL PROPERTY IN HUMBOLDT COUNTY, NEVADA; JDK 1991 TRUST; JAMES EDWARD BATEMAN AS CO-TRUSTEE OF THE JDK 1991 TRUST; CHERYL J. BATEMAN, AS CO-TRUSTEE OF THE JDK 1991 TRUST; INTERMOUNTAIN FEDERAL LAND BANK ASSOCIATION FLCA; FRANK TSCHANNEL, an individual; 0.743 ACRES OF REAL PROPERTY IN HUMBOLDT COUNTY, NEVADA; BENJAMIN INAY SOLOMON, TRUSTEE UNDER THAT CERTAIN UNRECORDED SELF TRUSTEED TRUST; CONCEPTION PENA SOLOMON TRUSTEE UNDER THAT CERTAIN UNRECORDED SELF TRUSTEED TRUST; and ALL UNKNOWN OWNERS OF OR INTEREST HOLDERS IN THE ABOVE DESCRIBED TRACTS,<br><br>Defendants. | CASE NO.: 3:10-cv-00332-RCJ-RAM<br><br>[....] **ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AUTHORIZING IMMEDIATE POSSESSION** |

The Court, having carefully considered Plaintiff, Ruby Pipeline, L.L.C.'s ("Ruby Pipeline") Motion for Preliminary Injunction Authorizing Immediate Possession, the points and authorities in support thereof, and the evidence presented therewith, including the Declaration of Thomas L. Price, the Declaration of John J. Jermyn, the Declaration of Robert M. Poteete, the Declaration of Kelly Osborn; the Affidavit of Lynn A. Christiansen, the Affidavit of David W. Clare, the Affidavit of Time Proeme, and the Declaration of Daniel Gredvig, and the Court notes that no objections or defenses to the taking have been filed and that no responses were filed thereto, and good cause appearing; the Court finds that: (1) Ruby Pipeline's condemnation authority has been previously reviewed and confirmed by this Court; (2) Ruby Pipeline is likely to succeed on the merits; (3) Ruby Pipeline is likely to suffer irreparable harm in the absence of preliminary relief; (4) the balance of equities tips in Ruby Pipeline's favor; and, (5) that an injunction is in the public interest.

**IT IS THEREFORE ORDERED** that Ruby Pipeline's Motion for Preliminary Injunction Authorizing Immediate Possession is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that a preliminary injunction be and is hereby issued granting Ruby Pipeline immediate access to and possession of the easements and temporary workspaces as prayed for in the Verified Complaint with respect to the real property owned by the Estate of Velda Hanville, and the real property owned by that Certain Unrecorded Self Trusteed Trust of which Benjamin Inlay Solomon is Trustee, for the limited uses and purposes described in the Verified Complaint. Ruby Pipeline shall deposit the estimated fair market value of the condemnations in an amount of $12,000 (5000 + 7000) with the Registry of this Court.

**IT IS FURTHER ORDERED** that a trial on the issue of the just compensation to be paid by Ruby Pipeline to the remaining defendants Benjamin Inay Solomon, Trustee Under

That Certain Unrecorded Self Trusteed Trust, and the Estate of Velda Hanville, will be set by the Court in due course.

DATED this 12 day of October, 2010

_____
JUDGE ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

HOLLAND & HART LLP

By: _____
J. Stephen Peek, Esq., NV Bar # 1758
J. Robert Smith, NV Bar #10992
5441 Kietzke Lane
Second Floor
Reno, NV 89511
P: (775) 327-3000 / Fax: (775) 786-6179

4930658_1.DOC

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511